# Nebraska Judicial Branch

## Case Summary

```
In the District Court of Douglas County
The Case ID is  CI 22 0008982
            Det Dat v. Foresters Financial
The Honorable Shelly R Stratman, presiding.
Classification: Contract Disputes
Filed on 11/21/2022
This case is Open as of 11/21/2022
```

## Parties/Attorneys to the Case

```
        Party                                   Attorney
Plaintiff ACTIVE
    Det B Dat                           Brent M Bloom
    4704 Ellison                        416 South 14th Street #300
    Omaha             NE 68104          Omaha              NE 68102
                                        402-342-2833

Plaintiff ACTIVE
    Thokat B Kuoth                      Brent M Bloom
    4704 Ellison                        416 South 14th Street #300
    Omaha             NE 68104          Omaha              NE 68102
                                        402-342-2833

Plaintiff ACTIVE
    Goa Dat Deceased                    Brent M Bloom
                                        416 South 14th Street #300
                                        Omaha              NE 68102
                                        402-342-2833

Defendant ACTIVE
    Foresters Financial
    1900 First Bank Building
    233 South 13th Street
    Lincoln           NE 68508
```

## Court Costs Information

| Incurred By | Account | Date | Amount |
|---|---|---|---|
| Plaintiff | Petition | 11/21/2022 | $35.00 |
| Plaintiff | Automation Fee | 11/21/2022 | $8.00 |
| Plaintiff | NSC Education Fee | 11/21/2022 | $1.00 |
| Plaintiff | Dispute Resolution Fee | 11/21/2022 | $0.75 |
| Plaintiff | Indigent Defense Fee | 11/21/2022 | $3.00 |
| Plaintiff | Uniform Data Analysis Fee | 11/21/2022 | $1.00 |
| Plaintiff | J.R.F. | 11/21/2022 | $9.00 |
| Plaintiff | Filing Fee-JRF | 11/21/2022 | $7.00 |
| Plaintiff | Legal Aid/Services Fund | 11/21/2022 | $6.25 |
| Plaintiff | Comp Rec/Records Management | 11/21/2022 | $15.00 |

EXHIBIT A

## Financial Activity

No trust money is held by the court
No fee money is held by the court

## Payments Made to the Court

| Receipt | Type | Date | For | Amount |
|---|---|---|---|---|
| 445273 | Electronic Trans | 11/21/2022 | Dat,Det,Beneficiary, | $86.00 |
| | | | Petition | $35.00 |
| | | | Automation Fee | $8.00 |
| | | | NSC Education Fee | $1.00 |
| | | | Dispute Resolution Fee | $.75 |
| | | | Indigent Defense Fee | $3.00 |
| | | | Uniform Data Analysis | $1.00 |
| | | | J.R.F. | $9.00 |
| | | | Filing Fee-JRF | $7.00 |
| | | | Legal Aid/Services Fun | $6.25 |
| | | | Comp Rec/Records Manag | $15.00 |

## Register of Actions

```
12/06/2022 Return Summons/Alias Summons
           The document number is 00828009
     MT
           Served 11/28/2022, Certified Mail
           Image ID   N223406SMD01


11/21/2022 Summons Issued on Foresters Financial

           The document number is 00828009
   E-MAILED: ayogapractice@gmail.com as
           Image ID   D00828009D01


11/21/2022 Praecipe-Summons/Alias
           This action initiated by group Det & Goa Dat,Thokat Kuoth
     kr
           Image ID   N22325IWYD01


11/21/2022 Complaint-Praecipe
           This action initiated by group Det & Goa Dat,Thokat Kuoth
     praecipe filed separately kr
           Image ID   N22325IVAD01
```

Filed in Douglas District Court
*** EFILED ***
Case Number: D01CI220008982
Transaction ID: 0019228999
Filing Date: 12/06/2022 02:09:35 PM CST

# SERVICE RETURN

Doc. No. 82

Douglas District Court
1701 Farnam
Omaha        NE 68183

To:
Case ID: CI 22   8982 Det Dat v. Foresters Financial

Received this Summons on _____,_____. I hereby certify that on

_____, _____ at _____ o'clock __M. I served copies of the Summons upon the party:

_____

by _____

_____

_____

as required by Nebraska state law.

Service and return    $ _____

Copy                        _____

Mileage ____ miles   _____

TOTAL                  $ _____

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Foresters Financial Unites States Corporation Company
Registered Agent
1900 First Bank Building, 233 South 13th Street
Lincoln, NE 68508-0000

9590 9402 5930 0049 0861 38

2. Article Number (Transfer from service label)

7018 1130 0002 1040 9223

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature    Anthony M Rager
X                                   ☐ Agent
                                    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

(stamp: LINCOLN NE 68501 NOV 28 2022 USPS)

3. Service Type
☐ Adult Signature                          ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery      ☐ Registered Mail™
☐ Certified Mail®                          ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery       ☐ Return Receipt for Merchandise
☐ Collect on Delivery                      ☐ Signature Confirmation™
☐ Collect on Delivery Restricted Delivery  ☐ Signature Confirmation Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

Domestic Return Receipt

---

To: Foresters Financial
    1900 First Bank Building
    233 South 13th Street
    Lincoln, NE 68508

From: Brent M Bloom
      416 South 14th Street #300
      Omaha, NE 68102

**ATTACH RETURN RECEIPT & RETURN TO COURT**

## Certificate of Service

I hereby certify that on Wednesday, December 07, 2022 I provided a true and correct copy of the Return-Summons/Alias Summons to the following:

Signature: /s/ Brent M. Bloom (Bar Number: 18239)

```
Image ID:
D00828009D01
```

**SUMMONS**

Doc. No.   828009

IN THE DISTRICT COURT OF Douglas COUNTY, NEBRASKA
1701 Farnam
Omaha          NE 68183

Det Dat v. Foresters Financial

Case ID: CI 22   8982

TO:   Foresters Financial

You have been sued by the following plaintiff(s):

Det B Dat                          Thokat B Kuoth
Goa Dat Deceased

Plaintiff's Attorney:   Brent M Bloom
Address:                416 South 14th Street #300
                        Omaha, NE 68102

Telephone:              (402) 342-2833

A copy of the complaint/petition is attached. To defend this lawsuit, an appropriate response must be served on the parties and filed with the office of the clerk of the court within 30 days of service of the complaint/petition. If you fail to respond, the court may enter judgment for the relief demanded in the complaint/petition.

Nebraska Supreme Court Rule 2-208 requires individuals involved in a case who are not attorneys and representing themselves to provide their email address to the court in order to receive notice by email from the court about the case. Complete and return the attached form to the court if representing yourself.

Date: NOVEMBER 21, 2022     BY THE COURT:   John M. Friend
                                            Clerk

Page 1 of 2

Image ID: D00828009D01

**SUMMONS**

Doc. No. 828009

PLAINTIFF'S DIRECTIONS FOR SERVICE OF SUMMONS AND A COPY OF THE COMPLAINT/PETITION ON:

    Foresters Financial
    1900 First Bank Building
    233 South 13th Street
    Lincoln, NE 68508

Method of service: Certified Mail

You are directed to make such service within ten days after the date of issue, and file with the court clerk proof of service within ten days after the signed receipt is received or is available electronically, whichever occurs first.

## REGISTRATION OF EMAIL ADDRESS FOR SELF REPRESENTED LITIGANT

IN THE DISTRICT COURT OF Douglas COUNTY, NEBRASKA
1701 Farnam
Omaha        NE 68183

Case ID: D  1  CI  22     8982

Det Dat v. Foresters Financial

I am currently representing myself in the court case above.

I am not registered with the court-authorized service provider.

I must register my email address with the court before I have filed any documents in this case, or within 10 days after I received a notice from the court. This is required by Neb. Ct. R. § 2-208(C)(1).

If I do not have the ability to receive emails, I must use this form to tell the court why I cannot get email service.

☐ My email address where I will receive notices from the court for this case is:

_____

I understand that emailing documents to this email address is considered to meet legal notice requirements.

I am responsible to notify the court if I change my email address or other contact information by completing the Change of Contact Information form (DC 3:02). Neb. Ct. R. §§ 2-208(E).

☐ I do not have the ability to receive emails. The reason I cannot receive email is:

_____
_____
_____

_____       _____
Signature                              Date

_____       _____
Name                                   Street Address/P.O. Box

_____       _____
Phone                                  City/State/ZIP Code

Filed in Douglas District Court
*** EFILED ***
Case Number: D01CI220008982
Transaction ID: 0019166939
Filing Date: 11/21/2022 10:46:18 AM CST

IN THE DISTRICT COURT OF DOUGLAS COUNTY, NEBRASKA

| | | |
|---|---|---|
| DET DAT and THOKAT KUOTH, Beneficiaries of GOA DAT, Deceased | ) ) ) | CASE NO. CI |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | PRAECIPE FOR SUMMONS |
| FORESTERS FINANCIAL, | ) ) ) | |
| Defendant. | ) | |

TO THE CLERK OF SAID COURT;

    Please issue summons for service by certified mail upon the following named Defendant to wit:

Foresters Financial
United States Corporation Company
Registered Agent
1900 First Bank Building
233 South 13th Street
Lincoln, NE 68508

Dated this 21st day of November, 2022.

                              BY:

                              /s/
                              Brent M. Bloom, #18239
                              416 South 14th Street
                              Omaha, NE 68102
                              (402) 342-2833
                              Attorney for Plaintiffs

Filed in Douglas District Court
\*\*\* EFILED \*\*\*
Case Number: D01CI220008982
Transaction ID: 0019166939
Filing Date: 11/21/2022 10:46:18 AM CST

IN THE DISTRICT COURT OF DOUGLAS COUNTY, NEBRASKA

| | |
|---|---|
| DET DAT and THOKAT KUOTH, Beneficiaries of GOA DAT, Deceased<br><br>Plaintiffs,<br><br>v.<br><br>FORESTERS FINANCIAL,<br><br>Defendant. | COMPLAINT |

The Plaintiffs complain of the Defendant and for cause of action against it allege:

1. Plaintiffs at all times relevant to this Petition are residents of Douglas County, Nebraska;

2. That Foresters Financial at all times relevant to this matter is an insurance company doing business in the State of Nebraska;

3. That on 28th day of July, 2021 Defendant issued a certificate of Accidental Death Term Insurance policy on the life of GOA DAT in the amount of $100,000.00 on certificate #9215120. A copy of said policy is hereto attached, marked "Exhibit, A" and hereby made part hereof;

4. That the Plaintiffs were listed as the only beneficiaries on said insurance policy on the life of GOA DAT;

5. That on October 31, 2021 GOA Dat died in a manner which was covered by the terms of said policy;

6. That due notice of the death of the said GOA DAT was given to Defendant and proof of death was sent to the Defendant on or about the 2nd day of November, 2021;

7.  Demand was made to the Defendant to pay the amount of said benefit certificate to the Plaintiffs. The Defendant refused and still refuses to pay the amount of said benefit certificate to the Plaintiffs;

8.  Plaintiffs have fulfilled all requirements and terms of the above stated policy.

Plaintiffs therefore pray for judgment against the Defendant for $100,000.00, together with interest thereon from September 19, 2021, costs of suit, the costs of bringing this matter and to recover attorney's fees pursuant to Neb. Rev. Stat. § 44-359, 44-381.

Dated this 21st day of November, 2022.

                                         DET DAT and THOKAT KUOTH,
                                         Plaintiffs

                                         BY:

                                         /s/
                                         Brent M. Bloom, #18239
                                         416 South 14th Street
                                         Omaha, NE 68102
                                         (402) 342-2833
                                         Attorney for Plaintiffs