IN THE DISTRICT COURT OF DOUGLAS COUNTY, NEBRASKA

| | |
|---|---|
| DET DAT and THOKAT KUOTH, | Case No. CI 22-8982 |
| Plaintiffs, | |
| v. | **NOTICE OF FILING NOTICE OF REMOVAL** |
| THE INDEPENDENT ORDER OF FORESTERS (incorrectly named as FORESTERS FINANCIAL), | |
| Defendant. | |

To: Det Dat and Thokat Kuoth, their attorney, and the Clerk of the United States District Court for the District of Nebraska.

Defendant The Independent Order of Foresters (incorrectly named as "Foresters Financial"), by and through its undersigned counsel, hereby respectfully notify the Court that they have filed the attached Notice of Removal with the United States District Court for the District of Nebraska. Pursuant to 28 U.S.C. § 1446(d), this Court shall proceed no further unless and until this case is remanded.

**EXHIBIT B**

1

Dated this 28th day of December, 2022.

        THE INDEPENDENT ORDER OF
        FORESTERS, Defendant,

By: /s/Krista M. Eckhoff
     Krista M. Eckhoff (NE# 25346)
of   BAIRD HOLM LLP
     1700 Farnam Street
     Suite 1500
     Omaha, NE 68102-2068
     Phone: 402-344-0500
     Email: keckhoff@bairdholm.com

DOCS/2907965.2