

# Office of the Superintendent of Financial Institutions

**Home** > **Web Tools** > Who We Regulate

## Who We Regulate

The information provided on this page is updated daily.

### Federally Regulated Financial Institutions

- + **Banks** (81)
- + **Trust Companies** (43)
- + **Loan Companies** (15)
- + **Life Insurance Companies** (59)
- - **Fraternal Benefit Societies** (9)

    A fraternal benefit society is an institution that has a representative form of government and is operated for fraternal, benevolent or religious purposes, including the insurance of members, or the spouses/common law partners or children of members, against accident, sickness, disability or death. (1) This Institution is limited to the servicing of some or all of its existing policies.

    - **Canadian Fraternal Benefit Societies** (6)

| Company name, official representative and address in Canada | Authorized Class(es) of Insurance Specified in the Order and Authorized name, if any |
|---|---|
| **ACTRA Fraternal Benefit Society**<br>Ron P. Zammit<br>Chief Executive Officer<br>1000 Yonge Street<br>Toronto, Ontario<br>M4W 2K2 | Life; Accident and sickness. All classes of insurance are limited to the extent authorized by its instrument of incorporation and by-laws. |
| **FaithLife Financial**<br>Glenn Hymers<br>Chief Executive Officer<br>300-470 WEBER STREET NORTH<br>WATERLOO, Ontario<br>N2L 6J2 | Life; Accident and sickness. All classes of insurance are limited to the extent authorized by its instrument of incorporation and by-laws. |
| **Grand Orange Lodge of British America (The)**<br>Michael Strain<br>Chief Executive Officer<br>505 CONSUMERS ROAD<br>SUITE 706<br>TORONTO, Ontario<br>M2J 4V8 | Life; Accident and sickness. |
| **Independent Order of Foresters (The)**<br>Louis Gagnon<br>President & Chief Executive Officer<br>789 Don Mills Road<br>Toronto, Ontario<br>M3C 1T9 | Life; Accident and sickness. All classes of insurance are limited to the extent authorized by its instrument of incorporation, constitution and laws. |

EXHIBIT 2

| Company name, official representative and address in Canada | Authorized Class(es) of Insurance Specified in the Order and Authorized name, if any |
|---|---|
| **Teachers Life Insurance Society (Fraternal)**<br>Kayte Fredrickson<br>President & CEO<br>50 BURNHAMTHORPE ROAD WEST<br>SUITE 703<br>MISSISSAUGA, Ontario<br>L5B 3C2 | Life; Accident and sickness. |
| **Toronto Police Widows and Orphans Fund**<br>SYLVI KARR<br>President and Chief Executive Officer<br>200-2075 KENNEDY RD<br>TORONTO, Ontario<br>M1T 3V3 | Life. |

+ **Foreign Fraternal Benefit Societies** (3)
+ **Property & Casualty Insurance Companies** (146)

**Expand all** (353)

**Foreign Bank Representative Offices**

**Expand all** (18)

### Third-Party Information Liability Disclaimer

Some of the information on this Web page has been provided by external sources. The Government of Canada is not responsible for the accuracy, reliability or currency of the information supplied by external sources. Users wishing to rely upon this information should consult directly with the source of the information. Content provided by external sources is not subject to official languages, privacy and accessibility requirements.

Modified Date: 2022-12-12