IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DET DAT, Beneficiaries of Goa Dat, Deceased; and THOKAT KUOTH, Beneficiaries of Goa Dat, Deceased;<br><br>Plaintiffs,<br><br>vs.<br><br>THE INDEPENDENT ORDER OF FORESTERS,<br><br>Defendant. | 8:22CV444<br><br>JUDGMENT |

Pursuant to the Memorandum and Order entered on this date, Judgment is hereby entered in favor of the defendant and against the plaintiffs.

Dated this 5th day of November, 2024.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge